THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS U. SCHAPPES, Appellant.

Argued April 20, 1943; decided July 20, 1943.

*Henry Epstein* and *Victor S. Axelroad* for appellant.

*Herbert D. David* for New York City Chapter of the National Lawyers Guild, *amicus curiae,* in support of appellant's position.

*Louis B. Boudin* for Bakery & Confectionery Workers International Union of America, Local 1, A. F. of L., et al., *amici curiae,* in support of appellant's position.

*Harold I. Cammer* for Greater New York Industrial Union Council et al., *amici curiae,* in support of appellant's position.

*Abraham J. Isserman* and *Nathan Witt* for National Federation for Constitutional Liberties, *amicus curiae,* in support of appellant's position.

*Frank S. Hogan, District Attorney (Stanley H. Fuld, George Raducan* and *David Riesman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., dissents in the following memorandum:

LEHMAN, Ch. J. I dissent on the ground that though there may be sufficient evidence to show that the defendant gave false testimony and is unfit to teach in an institution of learning yet the evidence is insufficient to sustain a finding of guilt of perjury in the first degree upon the theory on which the case was tried, or to sustain a finding that the " program of the Communist International " was used " in making the policy or guiding the actions of a communist unit at the College of the City of New York " within the meaning of the charge of the trial judge.